AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Halfenger, Gerald M. | U.S. Bankruptcy Court, E.D. Wisconsin | 12/15/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

U.S. Courthouse & Federal Building
Room 140
517 East Wisconsin Avenue
Milwaukee, WI 53217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Foley & Lardner LLP |
| 2. | Governor & Second Vice President | Seventh Circuit Bar Association |
| 3. | Director | Milwaukee Lawyers' Chapter of the Federalist Society |
| 4. | Director | Milwaukee Youth Symphony Orchestra |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/10/2013 | Parties: G. Michael Halfenger & Foley & Lardner LLP. Terms: Halfenger's withdrawal from partnership effective 1/10/2013 (see Part VIII) |
| 2. | 2/1/2000 | Parties: G. Michael Halfenger & Foley & Lardner; partnership agreement |
| 3. | 2000 | Foley & Lardner Defined Contribution Plan ("RPC Fund"), no control |
| 4. | 1/2010 | Foley & Lardner Cash Balance Plan, no control |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Foley & Lardner LLP partner distribution for FYE 1/31/2011 | $325,829.00 |
| 2. 2012 | Foley & Lardner LLP partner distribution for FYE 1/31/2012 | $350,884.00 |
| 3. 2013 | Foley & Lardner LLP partner distribution for FYE 1/31/2013 | $341,000.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Target Retirement 2020 Inv | | None | L | T | Exempt | | | | |
| 2. Fidelity Contrafund | | None | L | T | Exempt | | | | |
| 3. Vanguard Institutional Index I | | None | L | T | Exempt | | | | |
| 4. Alger Small Cap Growth I-2 | | None | K | T | Exempt | | | | |
| 5. Dreyfus/theBoston Co Sm Cap Val I | | None | K | T | Exempt | | | | |
| 6. Dodge & Cox International Stock | | None | L | T | Exempt | | | | |
| 7. DFA International Small Cap Value I | | None | J | T | Exempt | | | | |
| 8. PIMCO High Yield Instl | | None | K | T | Exempt | | | | |
| 9. RPC Fund (Foley & Lardner Defined Contribution Plan) | | None | N | T | Exempt | | | | |
| 10. Foley & Lardner Cash Balance Pension Plan | | None | L | U | Exempt | | | | |
| 11. Foley & Larnder Capital Account | B | Interest | L | T | Exempt | | | | |
| 12. Allianz NFJ Large Cap Value | A | Dividend | J | T | Exempt | | | | |
| 13. Blackrock Equity Dividend | A | Dividend | K | T | Exempt | | | | |
| 14. Columbia Marsico Growth | A | Dividend | | | Exempt | | | | |
| 15. Delaware Select Growth | | None | J | T | Exempt | | | | |
| 16. Dodge & Cox Intl Stock | A | Dividend | K | T | Exempt | | | | |
| 17. DWS Managed Municipal Bonds | A | Dividend | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eaton Vance Tax Managed Value | A | Dividend | J | T | Exempt | | | | |
| 19. Franklin Fed Int-Term T/F Inc | | None | J | T | Exempt | | | | |
| 20. Fundamental Investors | A | Dividend | K | T | Exempt | | | | |
| 21. Harbor Capital Appreciation | A | Dividend | K | T | Exempt | | | | |
| 22. Hotchkis & Wiley Mid Cap Val | A | Dividend | J | T | Exempt | | | | |
| 23. Invesco International Growth | A | Dividend | K | T | Exempt | | | | |
| 24. Invesco Comstock Fd Cl Y | A | Dividend | J | T | Exempt | | | | |
| 25. Manning & Napier World Opp | A | Dividend | J | T | Exempt | | | | |
| 26. MFS Municipal Lim Maturity | A | Dividend | J | T | Exempt | | | | |
| 27. Mutual Global Discovery Cl Z | A | Dividend | K | T | Exempt | | | | |
| 28. Neuberger Berman Mid Cap Gr | A | Dividend | J | T | Exempt | | | | |
| 29. Pioneer Oak Ridge Sm Cap Gr | A | Dividend | J | T | Exempt | | | | |
| 30. T Rowe Price Tax-Ex Mon Mkt | A | Int./Div. | J | T | Exempt | | | | |
| 31. American Fund Tax Exempt Bond | A | Int./Div. | K | T | Exempt | | | | |
| 32. Columbia Acorn International | A | Dividend | J | T | Exempt | | | | |
| 33. Eaton Vance Atlanta Cap SMID 1 | A | Dividend | J | T | Exempt | | | | |
| 34. Guggenheim Mid Cap Value Fund 1 | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Growth Fund Cl I | A | Dividend | K | T | Exempt | | | | |
| 36. American Balanced Fd Cl A-529 | A | Dividend | K | T | Exempt | | | | |
| 37. Capital Income Builder Fd A-529 | A | Dividend | K | T | Exempt | | | | |
| 38. New Perspective Fund Cl A-529 | A | Dividend | K | T | Exempt | | | | |
| 39. Washington Mutual Investment Cl A-529 | A | Dividend | K | T | Exempt | | | | |
| 40. Northern Trust Co | A | Dividend | J | T | Exempt | | | | |
| 41. Europacific Growth Fund Cl A | A | Dividend | J | T | Exempt | | | | |
| 42. Fundamental Investors Fund A | A | Dividend | K | T | Exempt | | | | |
| 43. Goldman Sachs Mid Cap Value Cl A | A | Dividend | K | T | Exempt | | | | |
| 44. Washington Mutual Invs Fund Cl A | A | Dividend | K | T | Exempt | | | | |
| 45. SmallCap World Fund Cl A | A | Dividend | K | T | Exempt | | | | |
| 46. Invesco Growth & Income Fund A | A | Dividend | J | T | Exempt | | | | |
| 47. Invesco Comstock Fund Cl A | A | Dividend | J | T | Exempt | | | | |
| 48. Nike | A | Dividend | J | T | Exempt | | | | |
| 49. EdVest Wells Fargo Moderate Portfolio | A | Dividend | J | T | Exempt | | | | |
| 50. Walt Disney | A | Dividend | J | T | Exempt | | | | |
| 51. Putnam Multi-Cap Growth Fund-A | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Northwestern Mutual Whole Life Ins. | | None | N | U | Exempt | | | | |
| 53. Oppenheimer Champion Income Fund A | A | Dividend | J | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Halfenger, Gerald M. | 12/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II.  Foley & Lardner LLP Withdrawal Agreement.  Terms: 1. firm's consent to withdrawal on Jan. 10, 2013. 2. Setting of total participation in earnings for fiscal year ending Jan. 31, 2013. 3. Provide for transition of work to other firm attorneys. 4. Agreement to consult with firm as necessary regarding work and events that took place pre-withdrawal. 5. Termination of insurance and benefits programs, except vested rights in pension benefit plans; discontinuation of sharing in earnings after withdrawal date; payment of capital account. 6. Confidentiality of firm proprietary matters. 7. Release of Halfenger by firm. 8. Release of firm by Halfenger. 9. Acknowledgments and right to revoke.

Part VII: "RPC Fund" is the Foley & Lardner Defined Contribution Plan (no control). Foley & Lardner capital account was cashed out on 1/30/2013. Columbia Marisico Growth was sold during the reporting period.

Amendment: the amendment adds an additional fund to Part VII at line 53. The added fund, Oppenhimer Champion Income Fund A, was purchased several years ago, and I was unaware of     ownership of it when I submitted the original initial report. This second amendment adds this explanation. The first amendment is identical except it lacks this explanation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gerald M. Halfenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544